# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WILLIE L. HINES,

      Plaintiff,

v.                              CASE NO.  4:11cv386-RH/WCS

GERALD ABDUL WASI et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 7.  I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g).  He says in the objections that he is in imminent danger of serious physical injury, but the complaint's factual allegations are not sufficient to support the conclusion.  The plaintiff cannot properly proceed *in forma pauperis*.  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.   The clerk must enter judgment stating, "The complaint is dismissed without prejudice."   The clerk must close the file.

SO ORDERED on September 22, 2011.

Robert L. Hinkle
United States District Judge